# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**In the matters of civil proceedings filed in connection with the Flood of 2016**

## ORDER

Pending before the court are Motions for Discovery Conferences in certain of the consolidated matters. All pending motions are filed by defendants in certain actions seeking compliance from plaintiffs in certain actions with the Limited Scheduling Order issued by the court on May 23, 2018, which required automatic disclosures of specific information by plaintiffs and defendants to facilitate resolution of these matters.

**IT IS HEREBY ORDERED** that the following Motion for Discovery Conference is **GRANTED** and in-person discovery conference is scheduled at **1:30 p.m. on October 1, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr. and Magistrate Judge Erin Wilder-Doomes:

- 17-539-BAJ-RLB, *Mistric v. American National Property and Casualty Company.*, R. Doc. 43, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-597-JWD-RLB, *Anderson v. Allstate Insurance Company,* R. Doc. 78, filed by Nielsen & Treas, LLC and Butler, Snow LLP against clients of The Pandit Law Firm

- 17-698-BAJ-RLB, *Kinchen v. Bankers Specialty Insurance Company,* R. Doc. 49, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-1167-JWD-RLB, *Hayes, et al v. American Strategic Insurance Corporation,* R. Doc. 43, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

- 17-1224-SDD-RLB, *Nixon v. Centauri Specialty Insurance Company,* R. Doc. 43, filed by Nielsen & Treas, LLC against clients of The Pandit Law Firm

**IT IS FURTHER ORDERED** that the following Motion for Discovery Conference is **GRANTED** and in-person discovery conference is scheduled at **2:30 p.m. on October 1, 2018** in

Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr. and Magistrate Judge Erin Wilder-Doomes:

- 17-539-BAJ-RLB, *Mistric v. American National Property and Casualty Company.*, R. Doc. 42, filed by Nielsen & Treas, LLC against clients of The Nicaud & Sunseri Law Firm

- 17-597-JWD-RLB, *Anderson v. Allstate Insurance Company,* R. Doc. 77, filed by Nielsen & Treas, LLC and Butler, Snow LLP against clients of The Nicaud & Sunseri Law Firm

- 17-1167-JWD-RLB, *Hayes, et al v. American Strategic Insurance Corporation,* R. Doc. 42, filed by Nielsen & Treas, LLC against clients of The Nicaud & Sunseri Law Firm

**IT IS FURTHER ORDERED** that the following Motions for Discovery Conferences are **GRANTED** and in-person discovery conference is scheduled at **3:30 p.m. on October 1, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr. and Magistrate Judge Erin Wilder-Doomes:

- 17-539-BAJ-RLB, *Mistric v. American National Property and Casualty Company.*, R. Doc. 44, filed by Nielsen & Treas, LLC against clients of The Weisbrod, Matteis & Copley, PLLC Law Firm

- 17-597-JWD-RLB, *Anderson v. Allstate Insurance Company,* R. Doc. 79, filed by Nielsen & Treas, LLC and Butler, Snow LLP against clients of The Weisbrod, Matteis & Copley, PLLC Law Firm

- 17-698-BAJ-RLB, *Kinchen v. Bankers Specialty Insurance Company,* R. Doc. 51, filed by Nielsen & Treas, LLC against clients of The Weisbrod, Matteis & Copley, PLLC Law Firm

- 17-1167-JWD-RLB, *Hayes, et al v. American Strategic Insurance Corporation,* R. Doc. 41, filed by Nielsen & Treas, LLC against clients of The Weisbrod, Matteis & Copley, PLLC Law Firm

- 17-1224-SDD-RLB, *Nixon v. Centauri Specialty Insurance Company,* R. Doc. 44, filed by Nielsen & Treas, LLC against clients of The Weisbrod, Matteis & Copley, PLLC Law Firm

**IT IS FURTHER ORDERED** that the following Motions for Discovery Conferences are **GRANTED** and in-person discovery conference is scheduled at **9:30 a.m. on October 2, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr.:

- 17-301-SDD-RLB, *Jarrell v. Wright National Flood Insurance Company*, R. Doc. 56, filed by Baker Donelson Bearman Caldwell & Berkowitz, PC against clients of The Pandit Law Firm

- 17-301-SDD-RLB, *Jarrell v. Wright National Flood Insurance Company*, R. Doc. 57, filed by Baker Donelson Bearman Caldwell & Berkowitz, PC against clients of the Boyer, Hebert, Abels & Angelle, LLC Law Firm and The Weisbrod, Matteis & Copley, PLLC Law Firm

**IT IS FURTHER ORDERED** that the following Motions for Discovery Conferences are **GRANTED** and in-person discovery conference is scheduled at **10:30 a.m. on October 2, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr.:

- 17-1209-SDD-RLB, *Cowart v. American Security Insurance Company*, R. Doc. 21, filed by Gordon P. Serou, Jr. and the Law Offices of Gordon P. Serou, Jr., LLC against clients of The Pandit Law Firm

**IT IS FURTHER ORDERED** that the following Motions for Discovery Conferences are **GRANTED** and in-person discovery conference is scheduled at **11:00 a.m. on October 2, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr.:

- 17-1546-BAJ-RLB, *Pitre v. Nationwide Mutual Insurance Company,* R. Doc. 34, filed by Sutterfield & Webb, LLC against clients of The Pandit Law Firm

**IT IS FURTHER ORDERED** that the following Motion for Discovery Conference is **GRANTED** and in-person discovery conference is scheduled at **1:30 p.m. on October 2, 2018** in Courtroom 6 before Magistrate Judge Richard L. Bourgeois, Jr.:

- 17-597-JWD-RLB, *Anderson v. Allstate Insurance Company,* R. Doc. 80, filed by Nielsen & Treas, LLC against clients of The Law Offices of Fred L. Herman and The Young Law Firm, LLC

- 17-698-BAJ-RLB, *Kinchen v. Bankers Specialty Insurance Company,* R. Doc. 50, filed by Nielsen & Treas, LLC against clients of The Law Offices of Fred L. Herman and The Young Law Firm, LLC

Counsel are encouraged to continue to confer in an effort to resolve the issues raised in the Motions for Discovery Conferences. In the event all issues raised by any motion are resolved,

counsel for the movant shall immediately contact chambers for the magistrate judge before whom the motion is pending to so advise.

The granting of discovery conferences in these matters does not impact the deadlines set forth in the court's Limited Scheduling Order. All deadlines established in the Limited Scheduling Order remain in effect.

Signed in Baton Rouge, Louisiana, on September 20, 2018.

                                        **RICHARD L. BOURGEOIS, JR.**
                                        **UNITED STATES MAGISTRATE JUDGE**