UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ZOALEE AND CALVIN HAYES | CIVIL ACTION |
| VERSUS | |
| | NO. 17-1167-JWD-RLB |
| AMERICAN STRATEGIC INSURANCE CORPORATION | |

consolidated for discovery purposes only with

| | |
|---|---|
| CENCERIA DALCOURT | CIVIL ACTION |
| VERSUS | |
| | NO. 17-1191-JWD-RLB |
| AMERICAN STRATEGIC INSURANCE CORPORATION | |
| | This Order Applies Only to CV 17-1191-JWD-RLB |

## ORDER

A telephone conference was held on September 21, 2018.

    PRESENT:    Cenceria Dalcourt
                          Pro Se

                          William R. DeJean
                          Counsel for Defendant

The parties discussed the status of this matter. Plaintiff confirmed that she intends to move forward with her case without counsel. She was advised that any communications with American Strategic Insurance Corporation must be through their attorneys.

Counsel for Defendant expressed concern that the discovery information he has received so far is not sufficient. Plaintiff advised that she had a file of receipts and other information regarding damages that were relevant to her claims. The Court ordered Plaintiff to provide that information no later than September 28, 2018.

C:cv38a; T: 00:20

  The parties also exchanged contact information and Plaintiff intends to provide consent to the receive court notifications via email.  Upon exchange of the above referenced information, the parties expressed a willingness to discuss possible settlement of this matter.  The Court advised that parties that if there were any remaining issues concerning the sufficiency of information exchanged or if any additional Court involvement is necessary, the undersigned should be contacted as soon as possible.

  Signed in Baton Rouge, Louisiana, on September 21, 2018.

                                    **RICHARD L. BOURGEOIS, JR.**
                                    **UNITED STATES MAGISTRATE JUDGE**